# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CHARLES AARON WINFORD                                                                              PLAINTIFF

v.                                      3:14CV00198-DPM-JJV

CRAIGHEAD COUNTY
SHERIFF'S DEPARTMENT. *et. al.*                                                                 DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D. P. Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form

1

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff, Charles Aaron Winford, began this action on August 14, 2014, by filing a *pro se* Complaint pursuant to 42 U.S.C. § 1983 (Doc. No. 1). Plaintiff did not, however, pay the statutory filing fee or submit an Application to Proceed Without Prepayment of Fees and Affidavit. Accordingly, on August 25, 2014, the Court ordered Plaintiff to pay the filing fee or submit the appropriate application within thirty days (Doc. No. 2). Plaintiff was also notified of his responsibility to comply with Local Rule 5.5(c)(2). (*Id.* at 2).[1]

On September 3, 2014, the Court's Order was returned as undeliverable (Doc. No. 3). The Application to Proceed Without Prepayment of Fees and Affidavit which the Clerk mailed to Plaintiff was also returned on September 8, 2014 (Doc. No. 4). The Court then entered a second

---

[1]The rule states:

> Parties appearing *pro se.* It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Loc. R. 5.5(c)(2).

Order, directing Plaintiff to notify the clerk of his new address within fourteen days (Doc. No. 5). That Order also proved undeliverable (Doc. No. 6).

Based on the foregoing, the Court concludes that Plaintiff has failed to comply with Local Rule 5.5(c)(2). It therefore recommends that this action be dismissed without prejudice on that basis.

IT IS THEREFORE RECOMMENDED that:

1. Plaintiff's cause of action be DISMISSED without prejudice for failure to comply with Local Rule 5.5(c)(2).

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

Dated this 7th day of October, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE