IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES AARON WINFORD                              PLAINTIFF

v.                  No. 3:14-cv-198-DPM-JJV

CRAIGHEAD COUNTY SHERIFF'S DEPARTMENT,
Medical Department and BENTLY, Doctor,
Craighead County Detention Center              DEFENDANTS

ORDER

Unopposed recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). The Court certifies that an *informa pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

                                        _____
                                        D.P. Marshall Jr.
                                        United States District Judge

                                        31 October 2014