IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES AARON WINFORD                  PLAINTIFF

v.                No. 3:14-cv-198-DPM

CRAIGHEAD COUNTY SHERIFF'S DEPARTMENT,
Medical Department and BENTLY, Doctor,
Craighead County Detention Center          DEFENDANTS

## JUDGMENT

Winford's complaint is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2).

*D.P. Marshall Jr.*
United States District Judge

31 October 2014